Rosa ALLICOCK, ON BEHALF OF her minor child, M.A., Petitioners–Appellees

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellant

17-1414

United States Court of Appeals, Federal Circuit.

January 26, 2017

### ORDER

The parties having so agreed, it is,

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b). Each party shall bear their own costs.